A. FISHMAN HAT COMPANY, INCORPORATED, APPELLANT,
v. JACOB ROSEN ET AL., RESPONDENT.

Submitted October 26, 1928—Decided May 20, 1929.

For the appellant, *Emil Neblo.*

For the respondents, *Kraemer & Siegler.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, KALISCH, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.